JS - 6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| Martin Vogel, | ) | CASE NO. 2:CV13-01941 SVW (JEMx) |
|     Plaintiff, | ) | ORDER REMOVING CASE FROM ACTIVE |
| | ) | CASELOAD |
| v. | ) | |
| RHA Partners, Ltd., | ) | |
|     Defendants. | ) | |

The Court having been advised by the parties that the above-entitled action has been settled;

IT IS THEREFORE ORDERED that this case is removed from this Court's active caseload without prejudice to the right, upon good cause shown within 45 days, to request a status conference be scheduled if settlement is not consummated.

Dated: August 26, 2013

_____

HON. STEPHEN V. WILSON
United States District Judge